IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSS DUTCHER,<br><br>            Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>            Defendant. | Docket No. 2:21-cv-02062-MAK |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Ross Dutcher ("Plaintiff") and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") (collectively, "the Parties") move this Court pursuant to FED. R. CIV. P. 23 for entry of an Order:

(1)     preliminarily approving the proposed Settlement[1] of this Action as set forth in the Parties' agreed-upon proposed Preliminary Approval Order, attached as Exhibit B to the Settlement Agreement;

(2)     preliminarily certifying, for purposes of the proposed Settlement, the Settlement Class defined in the Settlement Agreement and Plaintiff as the representative of the Settlement Class and Class Counsel Lawrence J. Lederer, John W. Barrett, and Benjamin J. Hogan of Bailey & Glasser LLP, and Adrian Gucovschi of Gucovschi Rozenshteyn, PLLC as counsel to the Settlement Class;

---

[1] Unless otherwise stated, all capitalized terms used in this motion are as defined in the Class Action Settlement Agreement (the "Settlement Agreement"). A copy of the Parties' Settlement Agreement and accompanying exhibits is attached as Exhibit 1 to the Declaration of Lawrence J. Lederer filed herewith (the "Lederer Decl.").

(3)     approving, as to form and content, the long-form and short-form Notices of Class Action Settlement and Court Hearing (the "Notices"), attached as <u>Exhibit C</u> to the Settlement Agreement;

(4)     approving the proposed procedures for dissemination of the Notice in the manner set forth in the Preliminary Approval Order, as being the best notice practicable under the circumstances and in accord with the requirements of due process and FED. R. CIV. P. 23;

(5)     determining the time, date and place of the Fairness Hearing; and

(6)     establishing deadlines for filing papers in support of final approval of the Settlement, Settlement Class counsel's application for attorneys' fees, reimbursement of litigation expenses and Plaintiff's award for serving the proposed Settlement Class, and for Settlement Class Members to request exclusion from the Settlement Class, make objections to the Settlement, or the application for attorneys' fees, reimbursement of litigation expenses and Plaintiff's service award, or otherwise be heard in connection with any other matter concerning the proposed Settlement.

The grounds on which this motion is based are set forth in the accompanying memorandum of law, together with documents, exhibits and additional information set forth in, or attached to, the Lederer Declaration. In addition, Plaintiff has conferred with defendant Shellpoint which supports entry of the Preliminary Approval Order.

Accordingly, Plaintiff respectfully requests that this joint motion be granted and that the Court adopt and enter the Preliminary Approval Order.

Dated: March 25, 2022                    Respectfully submitted,

**BAILEY & GLASSER LLP**

s/ *Lawrence J. Lederer*
Lawrence J. Lederer (Pa. ID 50445)
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
T: 202.463.2101
F: 202.463.2103
llederer@baileyglasser.com

John W. Barrett (admitted *pro hac vice*)
209 Capitol Street
Charleston, West Virginia 25301
T: 304.345.6555
F: 304.342.1110
jbarrett@baileyglasser.com

Benjamin J. Hogan (admitted *pro hac vice*)
6 Canyon Road, Suite 200
Morgantown, West Virginia 26508
T: 304.594.0087
F: 304.594.9709
bhogan@baileyglasser.com

**GUCOVSCHI ROZENSHTEYN, PLLC**
Adrian Gucovschi (admitted *pro hac vice*)
630 Fifth Avenue Suite 2000
New York, New York 10111
T: 305.965.5813
adrian@gr-firm.com

*Counsel for Plaintiff and the Settlement Class*