**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROSS DUTCHER,<br><br>                                    Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT<br>MORTGAGE SERVICING,<br><br>                                    Defendant. | Docket No.  2:21-cv-02062-MAK |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff Ross Dutcher ("Plaintiff") respectfully moves this Court pursuant to Fed. R. Civ.

P. 23 for entry of the accompanying revised proposed Final Approval Order:[1]

1.       granting final approval to the Settlement of this Action as set forth in the Parties'

agreed-upon proposed revised Final Approval Order filed contemporaneously herewith;

2.       granting final approval to the certification of the Settlement Class for purposes

of the Settlement as defined in the RSA pursuant to Fed. R. Civ. P. 23(a) and (b)(3);

3.       granting final approval to the appointment of Plaintiff Ross Dutcher as the

representative of the Settlement Class;

4.       granting final approval to the appointment of Lawrence J. Lederer, John W.

Barrett and Benjamin J. Hogan of Bailey & Glasser, LLP and Adrian Gucovschi of Gucovschi

Rozenshteyn, PLLC as counsel to the Settlement Class;

---

[1]       All capitalized terms used but not otherwise defined herein have the meaning set forth in the Revised Class Action Settlement Agreement (the  "RSA") filed with the Court on April 21, 2022. ECF 54-1.

5.      approving the Notice given to the Settlement Class as the best notice practicable in the circumstances in accordance with the requirements of FED. R. CIV. P. 23 and due process; and

6.      dismissing the Action with prejudice as set forth in the Parties' RSA.

The grounds on which this motion is based are set forth in the accompanying memorandum of law, the declaration of Lawrence J. Lederer and accompanying exhibits filed concurrently herewith, the declarations of Adrian Gucovschi and Plaintiff Dutcher filed concurrently herewith, and the prior filings and proceedings in this litigation. In addition, Plaintiff has conferred with defendant Shellpoint which supports entry of the Parties' proposed revised Final Approval Order.

Accordingly, Plaintiff respectfully requests that this motion be granted and that the Court adopt and enter the Final Approval Order.

Dated: July 6, 2022                    Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Lawrence J. Lederer*
Lawrence J. Lederer (Pa. ID 50445)
1622 Locust Street
Philadelphia, PA  19103
T: 202.463.2101
F: 202.463.2103
llederer@baileyglasser.com

John W. Barrett (admitted *pro hac vice)*
209 Capitol Street
Charleston, WV 25301
T: 304.345.6555
F: 304.342.1110
jbarrett@baileyglasser.com

Benjamin J. Hogan (admitted *pro hac vice*)
6 Canyon Road, Suite 200
Morgantown, WV 26508
T: 304.594.0087
F: 304.594.9709
bhogan@baileyglasser.com

**GUCOVSCHI ROZENSHTEYN, PLLC**
Adrian Gucovschi (admitted *pro hac vice*)
630 Fifth Avenue Suite 2000
New York, NY 10111
T: 305.965.5813
adrian@gr-firm.com

*Counsel for Plaintiff and the Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of *Plaintiff's Motion for Final Approval of Class Action Settlement* has been served on all counsel of record via the Court's Electronic Filing System.

Dated:  July 6, 2022

*/s/ Lawrence J. Lederer*